UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN TRIMUEL, et al., | ) | CASE NO. 1: 09 CV 1362 |
| Plaintiffs, | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| v. | ) | |
| ARGENT MORTGAGE CO., et al., | ) | MEMORANDUM OPINION AND ORDER |
| Defendants. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Kenneth S. McHargh. (ECF # 9.) The Report and Recommendation, filed on September 22, 2009, is ADOPTED by this Court.

This matter was referred to Magistrate Judge McHargh for general pretrial supervision, including the preparation of a report of recommendation on dispositive motions. (ECF # 5.) On September 22, 2009, Magistrate Judge McHargh recommended that this Court dismiss this case. Plaintiffs did not file any objections to the Report and Recommendation.

This Court has reviewed the Report and Recommendation *de novo*. *See Thomas v. Arn*, 474 U.S. 140 (1985). Upon consideration of the entire record, the Court finds Magistrate Judge McHargh's Report and Recommendation to be correct. Therefore, the Report and Recommendation is ADOPTED in its entirety (ECF # 9), and this case is hereby DISMISSED WITH PREJUDICE. This case is TERMINATED.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: October 9, 2009